**No. 09-9210. Linda F. Wright, Petitioner v. John E. Potter, Postmaster General.**

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4173.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2801.

**No. 09-9231. Gerard D. Grandoit, Petitioner v. Cooperative for Human Services, Inc.**

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4172.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1077, 130 S. Ct. 2111, 176 L. Ed. 2d 738, 2010 U.S. LEXIS 3307.

**No. 09-9433. Walter Brown, Petitioner v. United States.**

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4170.

May 24, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1056, 130 S. Ct. 2365, 176 L. Ed. 2d 573, 2010 U.S. LEXIS 2938.

**No. D-2466. In the Matter of Disbarment of Isidoro Rodriguez.**

560 U.S. 922, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4199.

May 24, 2010. Disbarment order entered.

Former order, 559 U.S. 1002, 130 S. Ct. 1947, 176 L. Ed 2d 2d 411, 2010 U.S. LEXIS 2751.

**No. 09-9464 (R46-018). Julia L. Musall, Petitioner v. Stella Owens, et al.**

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4377.

May 25, 2010. The petition for writ of certiorari to the Supreme Court of Nevada in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Same case below, 125 Nev. 1064, 281 P.3d 1204.

**No. 09-11000 (09A1128). John Avalos Alba, Petitioner v. Texas.**

560 U.S. 936, 130 S. Ct. 3352, 176 L. Ed. 2d 1242, 2010 U.S. LEXIS 4376.

May 25, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.